

**Marietta, GA 30060**
**Tax ID 26-2453717**

*Professional support solutions for attorneys and paralegals*

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/22/2016 | 35355 |

BILL TO

Millar & Mixon
Alicia Clark
1691 Phoenix Blvd.
Suite 150
Atlanta, GA 30349

| REFERENCE NUMBER | TERMS | FILE OPENED | SERVED |
|---|---|---|---|
| Meriwether | Net 15 | 3/11/2016 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2:16cv00027-WCO - Meriwether and Jackson v. Angels All Around | | | |
| Angels All Around Home Care Services, Inc., a/k/a Angels All Around, Inc., c/o Dwight D. Gersten, r/a | | | |
| 03/15/2016, Zone A additional attempt | 1 | 35.00 | 35.00 |
| 03/15/2016, 2:11 PM, Duplicate papers served at the same time and place. | 1 | 25.00 | 25.00 |
| Bambi Kimmes | 1 | | |
| 03/15/2016, 1:13 PM, Zone E service, out of state, or more than 40 miles from downtown Atlanta. | 1.1 | 120.00 | 132.00 |

Thank you for your business.

**\*\*PLEASE FORWARD TO YOUR ACCOUNTING DEPARTMENT FOR APPROVAL\*\***
Finance charges of 1.5% per month will be applied to past due balances.

| **Total** | $192.00 |
|---|---|
| **Payments** | $0.00 |
| **Balance Due** | $192.00 |

| Phone # | E-mail | Web Site |
|---|---|---|
| 770-499-8588 | accounting@rgpas.com | www.rgpas.com |