UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CHARMAINE MERIWETHER and QUIONA JACKSON, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 2:16-cv-27-WCO |
| ANGELS ALL AROUND HOME CARE SERVICES, INC., A/K/A ANGELS ALL AROUND, INC., and BAMBI KIMMES, | |
| Defendants. | |

## DEFAULT JUDGMENT

Defendants Angels All Around Home Care Services, Inc. a/k/a Angels All Around, Inc. and Bambi Kimmes, having failed to plead or otherwise defend in this action, and the Court, William C. O'Kelley, Senior United States District Judge, having granted plaintiffs' Motion for Default Judgment against defendants and having directed that default judgment issue in favor of plaintiffs, it is hereby

**Ordered and Adjudged** that Judgment is entered in favor of plaintiff Quiona Jackson in the principal amount of $9,165.92 and in favor of plaintiff Charmaine Meriwether in the principal amount of $2,189.42 plus attorney fees and costs.

Dated at Gainesville, Georgia, this 30th day of September, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: s/Stacey R Kemp
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   September 30, 2016
James N. Hatten
Clerk of Court

By:  s/Stacey R. Kemp
       Deputy Clerk